**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-6638**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

PRESTON CORNELIUS EVERETT, a/k/a P,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:05-cr-00019-LMB; 1:07-cv-00120-LMB)

———————————

Submitted:  July 24, 2007              Decided:  July 31, 2007

———————————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Preston Cornelius Everett, Appellant Pro Se.   G. David Hackney,
Assistant  United  States  Attorney,  Alexandria,  Virginia,  for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Everett has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED